UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERICA MOODY,<br><br>                               Plaintiff,<br>vs.<br><br>METRO CORPORATION d/b/a PHILADELPHIA MAGAZINE,<br><br>                              Defendant | No. 2:24-CV-00856 |

**ENTRY OF APPEARANCE**

**TO THE CLERK:**

      Kindly enter my appearance on behalf of Defendant, Metro Corporation d/b/a Philadelphia Magazine, in the above-captioned matter.

                              Respectfully submitted,

                              **MARKS, O'NEILL, O'BRIEN,**
                              **DOHERTY & KELLY, P.C.**

                              */s/ Patricia A. Fecile-Moreland*
                              Patricia A. Fecile-Moreland
                              I.D. No. 83798
                              One Penn Center
                              1617 John F. Kennedy Blvd., Suite 1010
                              Philadelphia, PA  19102
                              pmoreland@moodklaw.com
                              215-564-6688
                              Counsel for Defendant

Date: March 21, 2024

{M0868614.1}

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERICA MOODY,<br><br>                                Plaintiff,<br><br>vs.<br><br>METRO CORPORATION d/b/a PHILADELPHIA MAGAZINE,<br><br>                                Defendant | No. 2:24-CV-00856 |

**CERTIFICATE OF SERVICE**

This is to certify that on this 21st day of March, the foregoing document was electronically filed with the Clerk of the United States District Court for the Eastern District of Pennsylvania, using the CM/ECF system, which will send notification of such filing to all counsel of record. This document was filed electronically and is available for viewing and downloading from the ECF system.

*/s/ Patricia A. Fecile-Moreland*
Patricia A. Fecile-Moreland, Esquire
(I.D. #83798)
Marks, O'Neill, O'Brien,
Doherty & Kelly, P.C.
1617 John F. Kennedy Blvd.
Suite 1010
Philadelphia, PA 19103
pmoreland@moodklaw.com
(215) 564-6688
Counsel for Defendant

{M0868614.1}