IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ERICA MOODY, | : | CIVIL ACTION |
|     **Plaintiff,** | : | |
| | : | |
| v. | : | No.: 24-cv-856 |
| | : | |
| METRO CORPORATION, | : | |
|     **Defendant.** | : | |

### SCHEDULING ORDER

AND NOW, this __18th__ day of April, 2024, after a Telephone Rule 16 conference with counsel for the parties, the Court enters the following ORDER:

(1) A settlement conference shall be held at the request of counsel.

(2) All fact discovery shall be completed by __August 15, 2024__;

(3) Any dispositive motions shall be filed no later than __September 16, 2024__;

(4) Opposition to such motions shall be filed no later than __October 16, 2024__.

(5) The Court shall schedule a telephonic Rule 16 status conference, if necessary, after disposition of any summary judgment motions.

BY THE COURT:

__/s/ Lynne A. Sitarski__
LYNNE A. SITARSKI
United States Magistrate Judge